MARGARET ROBBINS v. EWELL DAVID BOWMAN

No. 7019SC445

(Filed 16 September 1970)

APPEAL by plaintiff from *Copeland, S.J.,* 2 March 1970 Civil Session of Superior Court held in RANDOLPH County.

*Clarence C. Boyan for plaintiff appellant.*

*Smith & Casper by Charlie B. Casper for defendant appellee.*

MALLARD, C.J.

This is a civil action seeking to recover damages for personal injuries. The questions involved in this appeal are identical with those in the case of *Carl Robbins v. Ewell David Bowman, ante,* 416, and the action of the trial judge in allowing defendant's motion to dismiss and for summary judgment is affirmed for the reasons stated therein.

Affirmed.

PARKER and HEDRICK, JJ., concur.